# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF MATTHEW S. DUNKLEY, BAR NO. 6627

No. 80635

**FILED**

JUL 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER OF DISBARMENT*

The Southern Nevada Disciplinary Board has filed, under SCR 112, a joint petition with attorney Matthew Dunkley for his disbarment by consent. The petition is supported by Dunkley's affidavit, stating that he freely and voluntarily consents to disbarment, after having had the opportunity to consult with counsel. Dunkley acknowledges in the affidavit that he violated RPC 1.15 (safekeeping property) and RPC 8.4 (misconduct). He admits that he could not successfully defend against a disciplinary complaint.

SCR 112 provides that an attorney who is the subject of a proceeding involving allegations of misconduct may consent to disbarment by delivering an affidavit to bar counsel, who must file it with this court. Dunkley's affidavit meets the requirements of SCR 112(1), and we conclude that the petition should be granted. Accordingly, Matthew S. Dunkley is disbarred from the practice of law in Nevada. The provisions of SCR 115

20-25014

and SCR 121.1 governing notice and publication of orders of disbarment shall apply to this order.

It is so ORDERED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

cc:   Chair, Southern Nevada Disciplinary Board
Bar Counsel, State Bar of Nevada
Matthew S. Dunkley
Executive Director, State Bar of Nevada
Admissions Director, U.S. Supreme Court